UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,      )      2:09-CR-00185-PMP-LRL
                               )
              Plaintiff,      )
                               )      **ORDER**
 vs.                            )
                               )
ERIC LAMONT WILLOUGHBY,        )
                               )
              Defendant.      )
                               )
_____)

     **IT IS ORDERED** that Defendant Eric Willoughby's Motion to Vacate Under 28 U.S.C. § 2255 (Doc. #224) is **DENIED** without prejudice which will raise appropriate issues following resolution of Defendant Willoughby's Appeal pending before the United States Court of Appeals for the Ninth Circuit.

DATED:  August 25, 2010.

_____
PHILIP M. PRO
United States District Judge