DANIEL G. BOGDEN
United States Attorney
CRANE M. POMERANTZ
KATHRYN C. NEWMAN
Assistant United States Attorneys
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-CR-00185 PMP (LRL) |
| v. ) | |
| ) | **United States' Motion to Return** |
| ERIC LAMONT WILLOUGHBY, ) | **Exhibits** |
| ) | |
| Defendant. ) | |

The United States, by the undersigned, hereby moves the Court to return the Government's exhibits, including the physical evidence, presented at trial. The defendant previously filed a motion for the return of property, which included a request for the return of evidence that was admitted as Exhibits 21-24 at trial. (Doc. 258.) The Government opposed the motion because the defendant's appeal was still pending before the Ninth Circuit. (Doc. 259.) The Honorable and Happily Retired Magistrate Judge Leavitt ordered the Government return the defendant's property at the conclusion of the appeal. (Doc. 265.) To that end, the Government now requests that the Court return to it Exhibits 21-24 so that it might return all of the defendant's property to him.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ____ 11-7-11 _____

Dated: November 4, 2011

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

/s/ Kathryn C. Newman
KATHRYN C. NEWMAN
Assistant United States Attorneys