**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)    2:09-cr-00185-PMP -LRL<br>v. )<br>)    **ORDER**<br>ERIC LAMONT WILLOUGHBY, )<br>)<br>Defendant. )<br>) | |

IT IS ORDERED that the Order granting United States' Motion to Return Exhibits (dkt no. 271) is hereby vacated. Pursuant to the Minutes Of the Court entered on January 27, 2010 (dkt. No. 181), all exhibits were returned to the Government.

Dated this 8th day of November, 2011.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**