Prob12B
D/NV Form
Rev. July 2013

# United States District Court

## for

## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**May 15, 2014**

**Name of Offender:**   ERIC LAMONT WILLOUGHBY

Case Number:   2:09-cr-185-001-PMP-LRL

Name of Sentencing Judicial Officer:   Honorable Philip M. Pro

Date of Original Sentence:   August 4, 2010

Original Offense:   Bank Robbery and Aiding and Abetting

Original Sentence:   36 months custody followed by three years supervised release

Revocation Date: August 1, 2013

Revocation Sentence: 12 months and 1 day custody followed by 24 months supervised release

Date Supervision will Commence:   May 28, 2014

Name of Assigned Judicial Officer:   Honorable Philip M. Pro

## PETITIONING THE COURT

___ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓   To modify the conditions of supervision as follows:

1. **Reside in a Residential Reentry Center -You shall reside at and participate in the program of a residential re-entry center for a period of up to six months as approved and directed by the probation officer.**

## CAUSE

Mr. Willoughby appeared before Your Honor for a revocation appearance on August 1, 2013. The offender is currently in Bureau of Prisons' custody at the Las Vegas Community Correction Center. Mr.

Prob12B
D/NV Form
Rev. July 2013

RE: ERIC LAMONT WILLOUGHBY

Willoughby is scheduled to release from this facility on May 28, 2014.

The offender has requested an extension of his time are the Las Vegas Community Correction Center, so he can secure housing. Willoughby has signed the probation form 49, waiver of hearing, which is attached for Your Honor's review.

Respectfully submitted,

STEVE M. GOLDNER
United States Probation Officer

APPROVED:

NANCY M. BOULTON
Supervising United States Probation Officer

---

*THE COURT ORDERS:*

_____  No action

_____  The extension of supervision as noted above

\_XX\_  The modification of conditions as noted above

_____  Other

Signature of Judicial Officer

May 15, 2014
Date