RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702)388-6261/Fax

Attorney for ERIC LAMONT WILLOUGHBY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC LAMONT WILLOUGHBY,<br><br>　　　　　Defendant. | Case No. 2:09-CR-185-JAD-CWH<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR EARLY TERMINATION**<br>(First Request) |

　　　　IT IS HEARBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Crane M. Pomerantz, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Eric Lamont Willoughby, that the motion hearing currently scheduled for September 15, 2015 at, 10:00 am be vacated and set to a date and time convenient to this court but no sooner than fourteen (14) days .

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　　The client is not in custody and does not oppose the continuance.

2. Defense counsel will be out of the jurisdiction on the date currently set.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to review and possibly reply to Government's Response (CR#346), as well as to return to the district in order to appear.

4. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively reply, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. T

6. This is the First stipulation to continue filed herein.

DATED: September 14, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By /s/ Monique Kirtley<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | By /s/ Crane M. Pomerantz<br>CRANE M. POMERANTZ<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2;09-CR-185-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| ERIC LAMONT WILLOUGHBY, | |
| Defendant. | |

ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that the best interest of justice is served by the granting of the continuance.

IT IS THEREFORE ORDERED that the motion hearing currently scheduled on Tuesday September 15, 2015 at the hour of 10:00 a.m., be vacated and continued to Tuesday, September 29, 2015, at 10:00 a.m.

DATED this 14th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE