

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:09-CR-185-JAD-CWH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIC LAMONT WILLOUGHBY | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#223) on August 4, 2010.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US BANK
Amount of Restitution: $2,177.00

**Total Amount of Restitution ordered:  $2,177.00\*\***

\*\*Joint and several with co-defendants Carl Von Bradley and Derrick Keith Bradley

Dated this ___20th___ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE